IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXIS CONCEPCION,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 02-488 |

### ORDER

**AND NOW**, this 6th day of January 2021, upon consideration of Defendant Alexis Concepcion's pro se Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 129), the Government's Response to Defendant's Motion (Doc. Nos. 131, 132), Defendant's Reply to the Government's Response (Doc. No. 134), and Defendant's Character Letter (Doc. No. 135), it is **ORDERED** that Defendant's Motion (Doc. No. 129) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.